UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAD EVERETT BAASE,
            Plaintiff,

-v-

GRETCHEN WHITMER, *et al.*,
            Defendants.

No. 1:20-cv-1101

Honorable Paul L. Maloney

## JUDGMENT

All pending claims have been dismissed. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: May 7, 2021                                    /s/ Paul L. Maloney
                                                                                     Paul L. Maloney
                                                                                     United States District Judge